IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL ACTION NO. |
| ) | 4:22-CR-018-SEG-WEJ |
| ROBERTO RODRIGUEZ-SOTO ) | |
| ) | |

**PRELIMINARY MOTION TO DISMISS INDICTMENT FOR VIOLATION OF EQUAL PROTECTION**

COMES NOW the Defendant, ROBERTO RODRIGUEZ-SOTO, by and through his undersigned counsel, and moves the Court to dismiss the indictment against him for violation of the equal protection guarantee of the United States Constitution. In support of this preliminary motion, Mr. Rodriguez-Soto states the following.

Mr. Rodriguez-Soto is charged by indictment with illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a) and (b)(2). The indictment alleges:

> On or about May 10, 2022, in the Northern District of Georgia, the defendant, ROBERTO RODRIGUEZ-SOTO, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

1

Doc. 1.

The Fifth Amendment to the United States Constitution provides, in part, that no person shall be deprived of life, liberty, or property without due process of law. U.S. Const., Amend. V.  The guarantee of equal protection has been incorporated into the Due Process Clause. <u>Cruz v. Hauck</u>, 404 U.S. 59, 62, n. 10 (1971).  As found by the United States District Court for the District of Nevada in <u>United States v. Gustavo Carrillo-Lopez</u>, 555 F.Supp.3d 996 at 1000, 1007, 1011, 1027 (D. Nev. Aug. 18, 2021), 8 U.S.C. § 1326 was enacted with a discriminatory purpose and has a disparate impact upon Latinx persons and persons of Mexican descent.  Section 1326 violates equal protection, and, accordingly, Mr. Rodriguez-Soto moves the Court to dismiss the instant indictment against him.

WHEREFORE, Mr. Rodriguez-Soto respectfully requests that this motion to dismiss the indictment be granted.  Mr. Rodriguez-Soto requests that the Court grant him thirty (30) days to supplement this motion and grant him a hearing on this motion.

Dated: This 24th day of August, 2022.

                                              Respectfully submitted,

                                              *s/ Kendal D. Silas*
                                              KENDAL D. SILAS
                                              State Bar of Georgia No. 645959
                                              Attorney for
                                              ROBERTO RODRIGUEZ-SOTO

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303; 404/688-7530

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Preliminary Motion to Dismiss Indictment for Violation of Equal Protection was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

>Gregory Radics, Esq.
>Assistant United States Attorney
>Northern District of Georgia
>Federal Courthouse, Ste. 600
>75 Ted Turner Drive, S.W.
>Atlanta, GA 30303

Dated: This 24th day of August, 2022.

>s/ *Kendal D. Silas*
>KENDAL D. SILAS, Esq.
>Attorney for
>ROBERTO RODRIGUEZ-SOTO