IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ROME DIVISION

UNITED STATES OF AMERICA      )
                           )
     vs.                 )     CRIMINAL ACTION NO.
                           )     4:22-CR-018-SEG-WEJ
ROBERTO RODRIGUEZ-SOTO     )
                           )

## PRELIMINARY MOTION TO DISMISS INDICTMENT FOR INVADILTY OF PRIOR ORDER OF REMOVAL

COMES NOW the Defendant, ROBERTO RODRIGUEZ-SOTO, by and through his undersigned counsel, and moves the Court to dismiss the indictment against him due to the invalidity of the prior order of removal.   In support of this preliminary motion, Mr. Rodriguez-Soto states the following.

Mr. Rodriguez-Soto is charged by indictment with illegal re-entry after deportation in violation of 8 U.S.C. § 1326(a) and (b)(2).   The indictment alleges:

> On or about May 10, 2022, in the Northern District of Georgia, the defendant, ROBERTO RODRIGUEZ-SOTO, an alien to the United States of America, was found within the United States after having previously been deported and removed from the United States, and without having obtained the express consent of the Attorney General or the Secretary of Homeland Security, to re-apply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Doc. 1.

1

In 1994, at the age of two years old, Roberto Rodriguez-Soto he entered the United States from Mexico as a lawful permanent resident.    On February 27, 2015, Mr. Rodriguez-Soto entered a plea of guilty to a charge of injury to a child under Texas Penal Code § 22.04.[1]    Adjudication of guilt was deferred.    The Criminal District Court sentenced Mr. Rodriguez-Soto to serve three (3) years on deferred probation.

Based upon that disposition, Mr. Rodriguez-Soto was brought before an Immigration Judge in removal proceedings.    The Notice to Appear stated that Mr. Rodriguez-Soto was subject to removal pursuant to § 237(a)(2)(E)(i) of the Immigration and Nationality Act because he was "an alien who at any time after entry ha[d] been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment."    The Immigration Judge held a hearing on May 18, 2015.    While not contesting removability, Mr. Rodriguez-Soto requested relief from removal in the form of cancellation of removal.    The Immigration Judge found that Mr. Rodriguez-Soto was removable as charged and denied cancellation of removal.    The Judge orally pronounced his decision and then

---

[1] A court record lists the statute number as 22.01.   However, the offense of injury to a minor is found in Texas Penal Code § 22.04.   An Immigration Judge presiding over subsequent removal proceedings noted that the applicable statute as § 22.04.

dictated an oral decision, which was reduced to writing.

Mr. Rodriguez-Soto challenges whether he was properly removed pursuant to § 237(a)(2)(E)(i) of the Immigration and Nationality Act.   Mr. Rodriguez-Soto challenges whether the Texas offense of injury to a child is within the category of "a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment." See 8 U.S.C. § 1227(a)(2)(E)(i).   Mr. Rodriguez-Soto further posits that the requirements of 8 U.S.C. § 1326(d) are met under the circumstances of this case.

WHEREFORE, Mr. Rodriguez-Soto respectfully requests that this motion to dismiss the indictment be granted.   Mr. Rodriguez-Soto also requests that the Court grant him thirty (30) days to supplement this motion.

Dated: This 24th day of August, 2022.

Respectfully submitted,

*s/ Kendal D. Silas*
KENDAL D. SILAS
State Bar of Georgia No. 645959
Attorney for
ROBERTO RODRIGUEZ-SOTO

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, GA 30303; 404/688-7530

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Preliminary Motion to Dismiss Indictment for Invalidity of Prior Order of Removal was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following:

> Gregory Radics, Esq.
> Assistant United States Attorney
> Northern District of Georgia
> Federal Courthouse, Ste. 600
> 75 Ted Turner Drive, S.W.
> Atlanta, GA 30303

Dated: This 24th day of August, 2022.

s/ *Kendal D. Silas*
KENDAL D. SILAS, Esq.
Attorney for
ROBERTO RODRIGUEZ-SOTO