IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CHAMBERS
U.S.D.C ATLANTA
Date: Nov 01 2022
KEVIN P. WEIMER, Clerk
By: s/Kari Butler
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE NO. |
| ROBERTO RODRIGUEZ-SOTO, | 4:22-CR-0018-SEG-WEJ-1 |
| Defendant. | |

**NON-FINAL REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS INDICTMENT FOR VIOLATION OF EQUAL PROTECTION [19, 22]**

Defendant, Roberto Rodriguez-Soto, is charged with illegal reentry under 8 U.S.C. § 1326(a) and (b)(2). (See Indict. [1].) Defendant filed a Preliminary Motion to Dismiss Indictment for Violation of Equal Protection [19]. In that Motion, defendant asked this Court to declare the above statute unconstitutional as violative of his Fifth Amendment equal protection rights. He cited one supporting case, United States v. Carrillo-Lopez, 555 F. Supp. 3d 996 (D. Nev. 2021).

Defendant then perfected that Motion on September 1, 2022. (See Motion to Dismiss For [sic] Indictment for Violation of Equal Protection [22].) This lengthy perfected Motion is supported by a lengthy Appendix [23]. The Government has filed a Response [27].

Defendant concedes that "a number of court decisions since Carillo-Lopez have not followed" it. (Pl.'s Mot. [22] 8.) Despite that concession, he only cites one that did not follow it: United States v. Ramirez-Mendoza, No. 4:22-CR-00007-LMM-WEJ-1 (N.D. Ga. filed Mar. 8, 2022). In contrast, the Government lists 24 cases that have rejected Carillo-Lopez. (See Gov't Resp. [27] 3 n.5.)

The defendant in Ramirez-Mendoza is charged with illegal reentry. In a virtually identical Motion to Dismiss the Indictment, Mr. Ramirez argued that Section 1326 violated his rights under the equal protection clause. In recommending denial of that Motion, the undersigned declined to follow the outlier which is Carillo-Lopez and instead followed the numerous district courts which ruled that 8 U.S.C. § 1326 does not violate an alleged illegal immigrant's equal protection rights. See Non-Final R&R [28] of June 9, 2022, Ramirez-Mendoza, No. 4:22-CR-00007-LMM-WEJ-1 (N.D. Ga. filed on Mar. 8, 2022).

In adopting that recommendation and denying Mr. Ramirez's Motion to Dismiss Indictment for Violation of Equal Protection, the Honorable Lee Martin May, United States District Judge, stated as follows:

> The Court has reviewed these and myriad other opinions in which courts have carefully reviewed the reasoning underpinning Carrillo-Lopez and declined to follow it, and it has heard no argument from Defendant as to why it should eschew these well-reasoned decisions in favor of the outlier opinion upon which he relies.

Order [35] of July 13, 2022, Ramirez-Mendoza, No. 4:22-CR-00007-LMM-WEJ-1 (N.D. Ga. filed on Mar. 8, 2022).

Judge May's reasoning applies equally here. This defendant provides no rationale why the Court should reject the many cases that have upheld Section 1326 against equal protection attack and follow Carillo-Lopez instead. Therefore, Defendant's Motion to Dismiss Indictment for Violation of Equal Protection [19, 22] should be **DENIED**.

**SO RECOMMENDED**, this 1st day of November, 2022.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE