# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:22-cr-00018-SEG-WEJ**
**USA v. Rodriguez-Soto**
**Honorable Sarah E. Geraghty**

Minute Sheet for proceedings held In Chambers on 12/20/2022.

TIME COURT COMMENCED: 1:30 P.M.
TIME COURT CONCLUDED: 1:42 P.M.            COURT REPORTER: Melissa Brock
TIME IN COURT: 00:12                       DEPUTY CLERK: Stephanie Pittman
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT: | [1] Roberto Rodriguez-Soto NOT Present at proceedings |
| ATTORNEYS PRESENT: | Gregory Radics representing USA<br>Kendal Silas representing Roberto Rodriguez-Soto |
| PROCEEDING CATEGORY: | Telephone Conference (Other Proceeding Non-evidentiary) |
| MINUTE TEXT: | The Court discussed the parties' difference in preference for a trial location. (Docs. 46 and 48). Defendant informed the Court of his intention to file a motion to continue trial and the Government stated that it anticipates no objection to the forthcoming motion. Defendant's motion to dismiss indictment for violation of equal protections was DENIED for the reasons stated on the record. (Doc. 22). Written order to follow. |
| HEARING STATUS: | Hearing Concluded |